ORIGINAL

FILED
APR 10 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

LENARD RAY BOND,

*Defendant.*

Case No. 24 CR - 53 RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FAILURE TO REGISTER AS SEX OFFENDER
[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(B), & 2250(a)(3)]

Beginning on or about April 14, 2019, and continuing until on or about March 15, 2024, in the Eastern District of Oklahoma, the Defendant, **LENARD RAY BOND**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the State of Oklahoma on or about August 8, 2014, for Second Degree Rape, entered, left, and resided in Indian country and knowingly failed to update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(B), and 2250(a)(3).

CHRISTOPHER J. WILSON
United States Attorney

_____
JESSICA L. BOVE PA # 328892
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s/ Foreperson
FOREPERSON OF THE GRAND JURY